**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-08569 JAK (FMOx) | Date | September 19, 2011 |
|---|---|---|---|
| Title | Tiara Tomlin v. Alaska Airlines, Inc. et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 16, 2011, plaintiff filed "Notice of Settlement" [21].  The Court sets an Order to Show Cause re Dismissal for November 7, 2011 at 10:30 a.m.  If the parties file a dismissal by November 3, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Settlement, Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |